Case 3:19-cv-00233   Document 56   Filed on 10/22/21 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
October 22, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| ZAN SWEETIN, *et al.*, § § <br> Plaintiffs, § <br> VS. § <br> § <br> CITY OF TEXAS CITY, TEXAS, *et al.*, § § <br> Defendants. § | CIVIL ACTION NO. 3:19-CV-233 |

# **FINAL JUDGMENT**

Pursuant to the court's memorandum opinion entered in this case, Dkt. 55, granting the defendants' motion for summary judgment, Dkt. 35, it is ordered that this case is dismissed with prejudice.

**THIS IS A FINAL JUDGMENT.**

All pending motions are denied as moot.

The clerk will provide copies of this judgment to the parties.

Signed on Galveston Island this 22nd day of October, 2021.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE