IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| ZANE SWEETIN and<br>MICHAEL STEFEK,<br>    *Plaintiffs,*<br><br>vs.<br><br>THE CITY OF TEXAS CITY, and<br>WENDELL WYLIE, Individually,<br>    *Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | <br><br><br><br>C.A. No.: 3:19-cv-0233<br>**Jury Trial Requested** |

## AGREED MOTION FOR ENTRY OF
## AGREED FINAL TAKE-NOTHING JUDGMENT

Plaintiffs Zane Sweetin ("Sweetin") and Michael Stefek through his representative ("Stefek") (hereinafter "Plaintiffs"), and Wendell Wiley, Individually, which is misspelled "Wylie" above ("Wiley") (hereinafter "Defendant") file this Agreed Motion for Entry of Final Take-Nothing Judgment dismissing the above civil action and would respectfully show the Court the following:

1. The Plaintiffs and Defendant jointly request that the Court dismiss this case with prejudice to refiling the same.

2. The Parties have submitted a proposed Agreed Take-Nothing Judgment signed by all counsel of record, and respectfully request that the Court enter such Agreed Final Take-Nothing Judgment at this time.

Accordingly, Plaintiffs, Zane Sweetin and Michael Stefek, and Defendant Wendell Wiley, Individually, respectfully request that the Court grant their agreed motion, and enter

the Agreed Take-Nothing Judgment that has been approved by their respective counsel and submitted with this motion.

Respectfully submitted,

 /s/ Randall L. Kallinen
Randall L. Kallinen
State Bar No. 00790995
SD of Texas Bar No. 19417
ATTORNEY-IN-CHARGE FOR PLAINTIFFS

OF COUNSEL:

Alexander C. Johnson
KALLINEN LAW, P.L.L.C.
511 Broadway Street
Houston, Texas 77012
(713) 320.3785
(713) 893.6737 (Fax)
Email: attorneykallinen@aol.com

 /s/ Susan L. Bickley
Susan L. Bickley
State Bar No. 02298150
SD of Texas Bar No. 6869
ATTORNEY-IN-CHARGE FOR
DEFENDANTS

OF COUNSEL:

BLANK ROME LLP
717 Texas Ave, Suite 1400
Houston, Texas 77002
Tel: (713) 228-6601
Fax: (713) 228-6605
Email: susan.bickley@blankrome.com

## **CERTIFICATE OF SERVICE**

     I certify that all counsel of record have been served with a true and correct copy of the foregoing Agreed Motion for Entry of Agreed Final Take-Nothing Judgment by email and ECF service on January 3, 2024.:

Randall L. Kallinen
Kallinen Law PLLC
511 Broadway Street
Houston, Texas 77012
attorneykallinen@aol.com

                                                 */s/ Susan L. Bickley*
                                                 Susan L. Bickley